U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF VERMONT**

2022 JUN 10 PM 3: 29

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | )  Crim. No. 2:22-cr-66-1 |
| | ) |
| **JOHN O'HARA,** | )  **(18 U.S.C. § 641)** |
| **Defendant.** | ) |

## INFORMATION

The United States Attorney charges:

Beginning in approximately February 2018 and continuing through approximately June 2020, in the District of Vermont and elsewhere, the defendant JOHN O'HARA received and retained with intent to convert to his own use money of the United States and the Social Security Administration having a value greater than $1000 that O'HARA knew to have been stolen and converted to his own use, to wit, tens of thousands of dollars in Social Security payments made to O'HARA'S father after the death of O'HARA'S father.

(18 U.S.C. § 641)

_Nikolas P. Kerest_
NIKOLAS P. KEREST (GLW)
United States Attorney
Burlington, Vermont
June 10, 2022

1