NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                             Case No. 2:22-cr-066-1

John O'Hara

TAKE NOTICE that the above-entitled case has been scheduled at 01:30 p.m. on Thursday, July 14, 2022 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for an Arraignment and Plea to Information.

Location: Courtroom 110

JEFFREY S. EATON, Clerk
By: */s/ Jennifer B. Ruddy*
Deputy Clerk
7/5/2022

TO:

Gregory L. Waples, AUSA

David L. Silver, Esq.

Johanna Masse, Court Reporter