AO 455 (Rev. 01/09) Waiver of an Indictment

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
### for the
### District of Vermont

2022 JUL 14  PM 2: 15

CLERK

BY_____
DEPUTY CLERK

United States of America  )
v.                        )    Case No.   2:22-cr-066-1
John O'Hara               )
                          )
———————————————           )
Defendant

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:    07/14/2022

_____
Defendant's signature

_____
Signature of defendant's attorney

David Silver, Esq.
_____
Printed name of defendant's attorney

_____
Judge's signature

Christina Reiss, District Judge
_____
Judge's printed name and title