NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

  v.         Case No. 2:22-cr-066-1

John O'Hara

TAKE NOTICE that the above-entitled case has been scheduled at 01:00 p.m. on Thursday, November 03, 2022 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Sentencing.

Location: Courtroom 510      JEFFREY S. EATON, Clerk

              By: */s/  Jennifer B. Ruddy*

              Deputy Clerk

              7/19/2022

TO:

Gregory L. Waples, AUSA

David L. Silver, Esq.

Johanna Masse, Court Reporter

*The court has allotted one (1) hour for this hearing.  Please contact the court if you anticipate your hearing will exceed the time allotted.*