U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 FEB -8 PM 3: 25

CLERK

BY_____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF VERMONT**

UNITED STATES OF AMERICA            )
                                    )
v.                                  )        Criminal No. 2:22-cr-66-1
                                    )
JOHN O'HARA                         )

## ORDER RELEASING COLLATERAL

On November 3, 2022, the Court ordered the above-named defendant, John O'Hara, to probation for a term of three years. It is hereby

**ORDERED** that the defendant's Passport from the United States of America currently being held by the Clerk, U.S. District Court in the above-entitled proceeding, be hereby released and returned to the defendant at:

> David F. Silver, Esq.
> Barr, Sternberg, Moss, Lawrence & Silver, P.C.
> 507 Main Street
> Bennington, VT 05201

Dated at Burlington, in the District of Vermont, this ____8ᵗʰ____ day of February, 2023.

_____
Christina Reiss
U.S. District Judge